IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD FREEMAN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| THOMAS LEVAN, | : | |
| AND | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF DELAWARE, | : | |
| AND | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA, | : | |
| Respondents | : | NO. 02-3721 |

ORDER

AND NOW, this 26th day of June, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE